EDWARD A. COX, Respondent, *v.* JOHN HALLORAN, Appellant.

*Cox* v. *Halloran,* 82 App. Div. 639, appeal dismissed.
(Argued June 16, 1904; decided June 17, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 18, 1903, which reversed an order of the Dutchess County Court setting aside a verdict in favor of plaintiff and granting a new trial and directed judgment on the verdict.

*W. E. Hoysradt* for appellant.

*Walter Farrington* for respondent.

Appeal dismissed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

BROOKLYN AND ROCKAWAY BEACH RAILROAD COMPANY, Appellant, *v.* LONG ISLAND RAILROAD COMPANY et al., Respondents.

(Submitted June 13, 1904; decided June 17, 1904.)

Motion to amend remittitur, so as to recite an appeal from an order of the Appellate Division and also from the judgment of reversal below, granted.   (See 178 N. Y. 593.)